Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:09-00099 |
| | ) | Hon. Aleta A. Trauger |
| | ) | |
| ANDRE TERRELL CARTER | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Through counsel, the defendant requests that the court permit him to file documents under seal. In support of this motion, defendant would show the following: The "Administrative Practice and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order No. 167 at ¶ 5.07 requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal.

s/ *William I. Shockley*
William I. Shockley (BPR #26137)
Attorney for Defendant
4505 Harding Road, Ste. 126
Nashville, Tennessee 37205
(615) 497-8550

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document and the three documents filed under seal were served by electronic means through the CM/ECF filing system on the 9th day of April, 2012 to Lynne T. Ingram, Assistant United States Attorney, 110 Ninth Avenue S., Suite A961, Nashville, Tennessee 37203.

s/ *William I. Shockley*