PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Felecia Yvonne Wilkins</u>     Case Number: <u>3:09-00099-6</u>

Name of Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>January 20, 2011</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Distribute and to Possess With Intent to Distribute 5 Kilograms or More of Cocaine</u>

Original Sentence: <u>36 months' custody and 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>December 22, 2011</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>     Defense Attorney: <u>Erik R. Herbert</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 21st day of May, 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date     May 20, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

On April 23, 2013, Ms. Wilkins admitted to the probation officer that she had been communicating with a co-defendant for about four months. The co-defendant's name is Johnny Lamont Jackson and he was convicted of Conspiracy to Distribute and to Possess with Intent to Distribute 5 Kilograms or More of Cocaine. Ms. Wilkins had previously requested permission to be in contact with Mr. Jackson and was instructed on December 28, 2011, that she was not permitted to have contact or associate with Mr. Jackson.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Wilkins began supervised release on December 22, 2011. She is scheduled to terminate supervision on December 21, 2016. She has maintained full time employment at Wendy's Restaurant in Green Hills since her start on supervision. She is participating in graduate equivalency classes at the YWCA.

Ms. Wilkins is currently living with her children in Nashville. In addition to working full-time, Ms. Wilkins receives a Section 8 housing voucher and Families First assistance in order to supplement her income. She is also pursuing a second job in order to increase her income.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that Ms. Wilkins be continued on supervised release with no further action at this time.

The U. S. Attorney's Office has been notified and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer