PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Calvin Issah Price</u>    Case Number: <u>3:09-00099-8</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, United States District Judge</u>

Date of Original Sentence: <u>March 4, 2011</u>

Original Offense: <u>18 U.S.C. § 846 Lesser Included Offense of Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine</u>

Original Sentence: <u>60 months' custody followed by five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>    Date Supervision Commenced: <u>January 3, 2014</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>    Defense Attorney: <u>James Kevin Cartwright</u>

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 10th day of Jan., 2014, and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place    Nashville, Tennessee

Date    January 10, 2014

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No. Nature of Noncompliance

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

    On January 8, 2014, Mr. Price tested positive for marijuana use.

    Mr. Price reported to the probation office on January 8, 2014, as instructed, after being released from the Bureau of Prisons to start his term of supervised release on January 3, 2014. He submitted a urine specimen which tested positive for marijuana. Mr. Price admitted to "taking two hits" from a marijuana cigarette on January 3, 2014. The specimen was sent to the laboratory for confirmation.

**Compliance with Supervision Conditions and Prior Interventions:**

Calvin Issah Price began his term of supervised release on January 3, 2014. His term of supervision is scheduled to expire on January 2, 2019. Mr. Price has some health issues; thus, he receives disability benefits.

Mr. Price arrived at Diersen Charities, Inc., on July 29, 2013, as a Bureau of Prisons resident. He was returned to custody and sent to Warren County Jail in Bowling Green, Kentucky on December 10, 2013, for cocaine use. He was released to start his term of supervised release on January 3, 2014. Mr. Price reported to the Metropolitan Criminal Justice Center (CJC) upon his release from Warren County jail to register as an ex-convict. While at Metro CJC, a computer check of the National Crime Information Center records revealed there was an outstanding warrant for Mr. Price from 2009 for a Failure to Appear offense related to a previous Unlawful Possession of Drug Paraphernalia charge. Mr. Price was transferred to Sumner County, booked on the warrant, and he posted the $1,000 bond. He is scheduled to appear in court in Sumner County on January 22, 2014.

On January 8, 2014, the probation office spoke with Mr. Price and instructed him to report to the probation office. Mr. Price reported to the probation office as instructed. A drug test was conducted, and the result was positive for marijuana. Mr. Price explained that once he was released on bond from the Sumner County Jail on January 3, 2014, he did not go home. He spent the night with a female friend in Nashville, Tennessee. Mr. Price stated that his friend asked his permission to smoke a marijuana cigarette. Reportedly, she offered Mr. Price and opportunity to smoke the marijuana cigarette and he "took two hits."

The probation officer discussed with Mr. Price his continued use of drugs. He violated the house rules while a resident at Diersen Charities, Inc., which resulted in his return to custody. Furthermore,

on January 3, 2014, he was released from the Warren County Jail to start his term of supervised release, and he was sent to Sumner County Jail to be booked on an old warrant. He made bond on the same date and used drugs upon his release. The probation officer advised that he would have to attend substance abuse treatment at Centerstone Mental Health.

Mr. Price was referred to Centerstone Mental Health for a substance abuse treatment assessment on January 9, 2014, and he is awaiting a date for a substance abuse treatment assessment and to start treatment.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is respectfully recommending no additional action by the Court.

It is recommended Mr. Price continue on supervised release with increased monitoring by the probation officer to allow participation in the substance abuse program at Centerstone Mental Health. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer