IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 3:09-00099 |
| | ) | Judge Trauger |
| [8] CALVIN ISSAH PRICE | ) | |

**O R D E R**

It is hereby **ORDERED** that the Judgment entered on March 8, 2011 (Docket No. 566) i**s**

**AMENDED** to include the following in the supervised release special condition number one.

1. The defendant shall reside in a halfway house for the first 6-12 months of his supervised release, at the discretion of the United States Probation Office.

It is so **ORDERED**.

ENTER this 7th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge